The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARCO GONZALEZ-TORRES,

Defendant.

No. CR21-097 RAJ

ORDER GRANTING
MOTION TO SEAL

THIS MATTER comes before the Court upon the defendant's motion to seal defendant's sentencing memo and accompanying exhibits.  Having considered the entirety of the records and file herein, the Court hereby grants this motion (Dkt. 174).  It is ORDERED that the sentencing memorandum and accompanying exhibits be allowed to remain under seal due to the nature of their contents.

DATED this 9th day of September, 2022.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
(*Marco Gonzalez-Torres*; No. CR21-097 RAJ) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401